IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )   CASE NO. 2:07-cv-687-MEF |
| | ) |
| APPROXIMATELY TWELVE | ) |
| THOUSAND ($12,000) DOLLARS IN | ) |
| UNITED STATES CURRENCY, | ) |
| | ) |
|     Defendant. | ) |

## **O R D E R**

Due to the nature of this action, the parties are exempt from the obligation, imposed by Rule 26(f) of the Federal Rules of Civil Procedure, to confer and to develop a proposed discovery plan. Nevertheless, the Court must, with input from the parties, ascertain the most appropriate date on which this case could be set for trial and an appropriate schedule for other deadlines. Given the demands on the Court's time, it is not efficient for it to conduct a scheduling conference in every case of this type. Accordingly, the Court prefers the parties to conduct a planning meeting as they would in any regular civil case and to submit to the Court a report containing the discovery plan as soon as practicable thereafter, but not later than **September 28, 2007**. If any party objects to conducting the planning meeting or submitting the report, the party should advise the Court in writing by no later than five days after the date of entry of this Order and the Court will then send out an Order setting a scheduling conference.

In drafting the report of the parties' planning meeting, the parties should keep in mind the longstanding practice in this district that dispositive motions shall be filed no later than 90 days prior to the pretrial date. If the parties seek to vary from that schedule, they should present, in the plan, specific case-related reasons for the requested variance.

This case will be set for trial before the undersigned judge during one of that judge's regularly scheduled civil trial terms. The pretrial date is normally set within four to six weeks of a scheduled trial term. The dates of each judge's civil trial terms are available on the court's website located at http://almd.uscourts.gov in the civil case information section.

The scheduling order entered by the court will follow the form of the Uniform Scheduling Order adopted by the judges of this court. The Uniform Scheduling Order is also available on the court's website.

The report of the parties' planning meeting should comply with Form 35 of the Appendix of Forms to the Federal Rules of Civil Procedure.

DONE this the 4th day of September, 2007.

    /s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE