IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2008 JAN 25 P 3:39

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CIVIL ACTION NO.: 2:07-cv-687-ID |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| APPROXIMATELY TWELVE THOUSAND ($12,000) DOLLARS IN UNITED STATES CURRENCY | ) ) ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF FILING EVIDENTIARY SUBMISSION

The Defendant files the attached, Defendant's Exhibit A, Dothan Police Department Offense Report, in support of their Motion For Summary Judgment:

_/s/ Dustin J. Fowler_
Dustin J. Fowler
Buntin, Etheredge, & Dowling, LLC
185 N. Oates Street
Dothan, Alabama 36301

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion has been mailed by U.S. First Class Mail, postage prepaid, and/or hand delivered to the following of record on this the 25th day of January, 2008.

John Harmon
United States Attorney
Middle District of Alabama
131 Clayton Street
Montgomery, Al 36101-0197

_____
Dustin Fowler

```
Date:  3/09/07                    DOTHAN POLICE DEPT              Page:          3
Time: 13:20:16                      Offense Report                Program: CMS301L
```

```
Case No. . . . :  1-07-001547                                        (Continued)
City . . . . . :  DOTHAN, AL 36303
Home Phone No. :  334/702-1083              Birth Date . . :  10/03/1981  25
Maximum Age  . :  25                        Birth City . . :  DOTHAN, AL
Birth Country  :  United States             Social Security:
Oper Lic No. . :  6709248   AL              Race . . . . . :  BLACK
Sex  . . . . . :  MALE                      Ethnic Origin  :  Black
Minimum Height :  511                       Minimum Weight :  225
Employer/Occup :  MANAGER CLUB RIO          Juvenile . . . :  ADULT
Misc. ID# . . .:  019095                    Other ID . . . :  69365
Hair Color . . :  Black                     Eye Color  . . :  Brown
Complexion . . :  Medium                    Status . . . . :  ARRESTED
Arrest Case No.:  1-07-001547
```

```
************* V I C T I M   I N F O R M A T I O N  - # 1 *******************
Case Number  . :  1-07-001547           Business Name  :  CITY OF DOTHAN
Street Number  :  210 N SAINT ANDREWS ST
City . . . . . :  DOTHAN, AL 36303
Phone Number . :  334/000-0000          Fax Number . . :  334/000-0000
Victim Type  . :  STATE/CITY OF DOTHAN
```

```
************************** N A R R A T I V E   # 1 **************************
CAD Information             Reported By: ARNOLD, RAY M.                  1/18/07

    Call#: 070180573      Beat: ZONE 12
    Units.: 365    Employees: 0000000365 MARTIN, ANDY
    Units.: 473    Employees: 0000000473 PARRISH, BRENT
    Units.: 489    Employees: 0000000489 ARNOLD, RAY
                              0000000591 BANKS      AUX, WILLIAM
    Units.: 684    Employees: 0000000684 WATSON, CHRISTOPHER
    Units.: 755    Employees: 0000000755 COCHRAN, BILLY
    Veh:  38F412C
    Veh:  4126FW
    Veh: FORD F1S CW GRY  829WR1  MS  1FTPW12546FA13223
    TOW CO: MIKE'S BODY SHOP DATE: 07/01/18 22:50
    Call change from S28V to S58 BY CAD05H P 01 0000000061
    684 REQ 51A ..ADV'D MUST BE ROLLBACK .. #4
    4126FW
    489 ADV 10-3 10-31
    STAT8 X2 - 1 SUBJ REF S58/ADL STAT8 REF 10-15 REF CARRING
    S6FA W/O PERMIT
    S48F,,AUTH/684
```

```
************************** N A R R A T I V E   # 2 **************************
ORIGINAL                    Reported By: ARNOLD, RAY M.                  1/30/07
                            Entered By.: ARNOLD, RAY M.                  1/30/07
```

   On Thursday 01-18-07 at approx. 2130 hrs Inv. Miller and I were
contacted by Sgt. Jackson in reference to a drug deal going down in
the rear parking lot of the Holiday Inn Express on the Ross Clark
Cir. Jackson stated to me that an anonymous caller called the office
and stated that a b/m in a white Chevrolet Suburban and two b/m s in
a tan colored Dodge Magnum bearing Alabama Tag 4216FW were making a

```
Date:  3/09/07                    DOTHAN POLICE DEPT                    Page:       4
Time: 13:20:16                     Offense Report                       Program: CMS301L
```

Case No. . . . : 1-07-001547                                          (Continued)

drug transaction while they were on the phone with him.

   Inv. Miller and I responded and pulled to the rear of the Holiday Inn. I observed the Dodge Magnum with two b/m s on the north side of the building to the rear stopped. I also noticed the white Chevrolet Suburban behind the Magnum stopped. I approached the Magnum and a strong smell of Marijuana was coming from the vehicle. I looked into the driver s side of the vehicle and I saw a hand gun laying in the driver s floorboard. Miller approached the passenger side and made contact with the passenger.

   I had the driver who was later identified as being b/m Derrick Wesley Davis exit the vehicle. I asked Davis if he had any weapons and he stated to me that he did. He stated that he had a hand gun in the floorboard. I placed Davis into custody and I patted him down for weapons and other contraband. During the pat down I felt a large bulge in both of Davis s pants pockets. I asked Davis what the large bulges were and he stated that it was money. Davis said that he had just got his income tax back and it was his tax return.

   I recovered the hand gun from the floorboard and the smell of Marijuana was strong inside the car. I looked around the driver s side area and I recovered a small piece of what appeared to be Marijuana Shake from the floorboard between the driver s seat and console. I also recovered another small piece of Marijuana Shake from the passenger side floorboard between the seat and console.

   Inv. Miller stated to me that he had recovered a small plastic bag of plant material from the passenger who was later positively identified as being James Moten Simpson s right pants pocket. Simpson was placed into custody for P.O.M.II and placed at the rear of our vehicle and we called for a transport unit. I started a arrest report on Simpson and I later found out by our Jail Staff that Simpson had gave me a false name. Simpson apparently gave me the name of Henry DeJhon Leonard to avoid being arrested for a warrant that he had out of Florida. I later checked with Florida and they denied Extradition.

   I then made contact with Davis again and I asked him if he had a permit for the hand gun, he said that he did, and it was in the center console of his vehicle. I looked for the permit and I was unable to find the permit. I also asked Davis how much money was in his possession and he stated to me that he had approx $8500.00 in cash. I asked Davis where he was employed and he said that he managed Club Rio and some of the money he had came from there.

At that time, Cpl. Martin approached me and advised that Derrick Davis is a known drug trafficker in the Dothan area. Cpl. Martin advised that Derrick Davis is a known associate of B/M Rodney Caliste who is the lone occupant of the white Chevrolet Suburban. Cpl. Martin advised that Caliste had approx. $6500.00 in his pocket and that his vehicle smelled strongly of fresh marijuana. Cpl. Martin

                                                                                                                            55
                                                                                                                    derrick davis