# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

RECEIVED

2008 JAN 25  P 3: 39

DEBRA P. HACKETT, CLK
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | **CIVIL ACTION NO.: 2:07-cv-687-ID** |
| | ) | |
| v. | ) | |
| | ) | |
| APPROXIMATELY TWELVE | ) | |
| THOUSAND ($12,000) DOLLARS IN | ) | |
| UNITED STATES CURRENCY | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING EVIDENTIARY SUBMISSION

The Defendant files the attached, Defendant's Exhibit B, Loan check from 1st Franklin

Financial Services, in support of their Motion For Summary Judgment:

Dustin J. Fowler
Buntin, Etheredge, & Dowling, LLC
185 N. Oates Street
Dothan, Alabama 36301

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion has been mailed by U.S. First Class Mail, postage prepaid, and/or hand delivered to the following of record on this the 25th day of January, 2008.

John Harmon
United States Attorney
Middle District of Alabama
131 Clayton Street
Montgomery, Al 36101-0197

_____
Dustin Fowler

# LOAN AGREEMENT

ACCOUNT NUMBER

3687-004901-90

Lender's Name and Address (Called "we", "us", and "our"):

**1ST FRANKLIN FINANCIAL CORPORATION**
2940 ROSS CLARK CIRCLE
DOTHAN, AL 36301

BORROWER'S NAME / MAILING ADDRESS (Called "you" and "your"):

DERRICK W DAVIS
2903 ELLINGTON ST
DOTHAN, AL 36303-2335

| DATE OF LOAN | FIRST PAYMENT DUE DATE | REMAINING PAYMENTS DUE SAME DAY EACH MONTH AS FIRST PAYMENT IF NO SUCH DAY EXISTS ON LAST DAY OF MONTH. | FINAL PAYMENT DUE DATE | FIRST PAYMENT | OTHER PAYMENTS | AGE | PAYABLE IN |
|---|---|---|---|---|---|---|---|
| 11/27/2006 | 01/08/2007 | | 12/08/2008 | $ 160.00 | $ 160.00 | 25 | 24 MONTHLY PAYMENTS |

## ITEMIZATION OF AMOUNT FINANCED

| | | |
|---|---|---|
| $ N/A | Amount Paid on Your Prior Account | |
| $ 2,306.97 | Total Amount Paid to You or To You and Others at Your Request | |
| * $ 16.50 | Public Officials – Filing Fees | |
| * $ N/A | Ins. Company –Non-Filing Ins. | |
| * $ 312.00 | Ins. Co. – Auto Insurance Coverage | $ 2,687.94 |
| * $ N/A | Ins. Co. – 7 Day Disability Ins. – Mo. Benefit | $ NONE |
| * $ 52.47 | Ins. Co. – Life Ins. Type & Cov.  Single Decreasing | $ 2,847.94 |
| * $ N/A | Ins. Co. Personal Property Ins. Type & Cov. – SINGLE INT. | $ NONE |
| * $ N/A | Ins. Co. Personal Property Ins. Type & Cov. – DUAL INT. $ | NONE |
| * $ N/A | United Motor Club – Motor Club Membership | |
| $ 2,687.94 | AMOUNT FINANCED | |

*THESE AMOUNTS ARE PAID TO OTHERS ON YOUR BEHALF.

### LIST OF CHECKS TO YOU OR TO YOU AND OTHERS

| | |
|---|---|
| $ 2,306.97 | You |
| $ | You and |
| $ | You and |
| $ | You and |
| $ | You and |
| $ | You and |
| $ | You and |
| $ | You and |
| $ | You and |

| | | | |
|---|---|---|---|
| $ 960.06 | Interest | | |
| $ 120.00 | Interest Surcharge | | |
| $ 72.00 | Account Maintenance Fee | 30.00 | % Simple Interest Rate Per Annum |
| $ 1,152.06 | FINANCE CHARGE | $ 3,840.00  TOTAL OF PAYMENTS | 35.68 % ANNUAL PERCENTAGE RATE |

*You acknowledge that we may have a financial interest in the sale of products by virtue of commission income that we may receive.

## NOTE AND SECURITY AGREEMENT

This NOTE AND SECURITY AGREEMENT, (hereinafter referred to as "Agreement") covers your indebtedness with 1st Franklin Financial Corporation. If you have an questions about the provisions of this Agreement, please do not hesitate to ask.

**PROMISE TO PAY:** You agree to pay to us or to our order the Amount Financed shown above plus Finance Charge and other charges, all as provided in th Agreement. Finance Charge will include the Interest Surcharge and Account Maintenance Fee as shown above and interest computed at the Simple Interest Rate P Annum shown above on actual unpaid balances of the Amount Financed plus Interest Surcharge for the actual time outstanding. Interest begins to accrue on the Date of Loa as shown above. The Account Maintenance Fee will accrue on each payment due date and will be collected from the first payment received by you after the date of accrua including a payment which prepays this loan in full.

**PAYMENTS:** You agree to pay monthly payments in the amounts and on the dates shown above; provided, however, interest shall not accrue on the Account Maintenanc Fee. If your payment is early, you will pay less interest than if you pay on the scheduled date. If your payment is late, you will pay more interest. Each payment will b applied in the following order to: (1) returned check charges and collection costs, (2) finance charge, and (3) the unpaid balance. Acceptance by us of a late payme does not excuse future late payments. Failure by us to collect any charge shall not be a waiver of our right to collect charges thereafter. If you pay ahead, you must s make each payment as scheduled.

**LATE PAYMENT:** If a payment is 10 days late, you may be charged $10 or 5% of the amount of the scheduled payment in default, whichever is greater, not to exce $100. We will not collect a late charge more than once for the same monthly payment. Acceptance by us of a late payment or late charge does not excuse your la payment or mean that you may continue to make payments after they are due. You agree to pay any costs incurred by us in the collection of this Note in the event your default, including attorney's fees of 15% of the unpaid balance in the event the account is referred to an attorney not a salaried employee of ours for collection an the Amount Financed of this Note exceeds $300.00. Please refer to the provisions set forth on the reverse side for additional terms and conditions in the event default.

**PREPAYMENT:** You may prepay the whole or any part of this Note at any time without penalty. A partial prepayment shall not affect your obligation to continue to pa regular payments required hereunder until the entire indebtedness has been paid in full. If this loan is renewed or refinanced by us within 90 days from the date of loa we will refund a portion of the interest surcharge on a daily pro rata basis, however, we will always retain up to $25 of the Interest Surcharge. If this loan is renewe refinanced or paid in full, you will be entitled to a refund or credit of any unearned portion of the Account Maintenance Fee computed in accordance with the provisio of Section 5-19-4, Code of Alabama, as amended. You agree that any insurance written in connection with this loan must be cancelled as of the date you prepay yo loan in full (by cash, a new loan, refinancing, or otherwise) and that the unearned portion of the premiums for this insurance will be applied to reduce the loan balanc you owe to us. No refund of non-filing insurance will be given. Refer to the accompanying insurance certificates for complete information concerning cancellation.

**RETURNED CHECK CHARGE:** If you make a payment with any check, draft, negotiable order of withdrawal, or like instrument drawn on a bank or other deposito institution and such instrument is dishonored by such institution, you further agree to pay us $30 (or such higher amount as permitted by Alabama law).

**WAIVERS:** You waive your right to have a trial by jury resolve any dispute alleged against us. You waive your right to have a court, other than a sma claims court, resolve any dispute alleged against us. You waive your right to serve as a representative, as a private attorney general, as a member o as a participant in any lawsuit or arbitration filed against us by a third party.

On the reverse side of this document, there is a continuation of the agreement,
which contains important provisions, including a grant by you of a security interest in certain property.

**SIGNATURES:** When you sign below, you are agreeing to all the terms and conditions of this Loan Agreement and acknowledge receipt of a copy. The Borrower wh signs first also acknowledges receipt of a certificate of insurance for any insurance written in connection with this loan. Cosigner acknowledges receipt of two copies the Federal Trade Commission Notice to Cosigner.

**ALTERNATIVE DISPUTE RESOLUTION AGREEMENT:** BORROWER AND LENDER DO AGREE TO AN ALTERNATIVE DISPUTE RESOLUTION FOR TH SETTLEMENT OF ANY CONTROVERSIES BETWEEN THEM. THE TERMS OF THE ALTERNATIVE DISPUTE RESOLUTION AGREEMENT ARE SET FORTH I A SEPARATE AGREEMENT. THE PARTIES HEREBY ACKNOWLEDGE THAT THE AGREEMENT OF THE BORROWER TO ENTER INTO THE SEPARAT AGREEMENT IS A MATERIAL INDUCEMENT TO THE LENDER'S ENTERING INTO THIS AGREEMENT WITH THE BORROWER.

CAUTION: IT IS IMPORTANT THAT YOU THOROUGHLY READ THE CONTRACT BEFORE
YOU SIGN IT!

Executed on behalf of Lender by: