**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

RECEIVED
2008 JAN 25 P 3:39
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CIVIL ACTION NO.: 2:07-cv-687-ID** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **APPROXIMATELY TWELVE THOUSAND ($12,000) DOLLARS IN UNITED STATES CURRENCY** | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF FILING EVIDENTIARY SUBMISSION**

The Defendant files the attached, Defendant's Exhibit C, Checks to Mr. Davis, in support of their Motion For Summary Judgment:

Dustin J. Fowler
Buntin, Etheredge, & Dowling, LLC
185 N. Oates Street
Dothan, Alabama 36301

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Motion has been mailed by U.S. First Class Mail, postage prepaid, and/or hand delivered to the following of record on this the 25th day of January, 2008.

John Harmon
United States Attorney
Middle District of Alabama
131 Clayton Street
Montgomery, Al 36101-0197

Dustin Fowler

1004

UNTOUCHABLE ENTERTAINMENT, LLC
D/B/A CLUB RIO
164 S. FOSTER STREET
DOTHAN, AL 36301

United Dist

Four hundred ninety two dollars & 85/100

WACHOVIA
Wachovia Bank, N.A.
wachovia.com

⑈0000 1004⑈ ⑆062000080⑆ 2000019019...

DELUXE BUSINESS FORMS 1+800-328-0304

1005

Sept 3
ADOR

Initial Business Tax

100.00

UNTOUCHABLE ENTERTAINMENT, LLC
D/B/A CLUB RIO
164 S. FOSTER STREET
DOTHAN, AL 36301

Alabama Dept of Reve...

One hundred and 00/100

WACHOVIA
Wachovia Bank, N.A.
wachovia.com

TAXES

⑈0000 1005⑈ ⑆062000080⑆ 2000019019...

DELUXE BUSINESS FORMS 1+800-328-0304

1006

Sept 4
Derrick Davis

1000.00

UNTOUCHABLE ENTERTAINMENT, LLC
D/B/A CLUB RIO
164 S. FOSTER STREET
DOTHAN, AL 36301

Derrick Davis

One Thousand and 00/100

WACHOVIA
Wachovia Bank, N.A.
wachovia.com



1034

Nov. 20

DSI

Monthly Service

20 00

UNTOUCHABLE ENTERTAINMENT, LLC
D/B/A CLUB RIO
164 S. FOSTER STREET
DOTHAN, AL 36301

DSI

Twenty and 00/100

WACHOVIA
Wachovia Bank, N.A.
wachovia.com

monthly monitoring client# 27495

⑈0000 1034⑈ ⑆062000080⑆ 20000 190 19

DELUXE BUSINESS FORMS 1-800-328-0304

1035

11/21

Derrick Davis

WAGES

3000 00

1500 00

UNTOUCHABLE ENTERTAINMENT, LLC
D/B/A CLUB RIO
164 S. FOSTER STREET
DOTHAN, AL 36301

Derrick Wesley Davis

Three Thousand and 00/100

WACHOVIA
Wachovia Bank, N.A.
wachovia.com

WAGES

⑈0000 1035⑈ ⑆062000080⑆ 20000 190 19

DELUXE BUSINESS FORMS 1-800-328-0304

1036

UNTOUCHABLE ENTERTAINMENT, LLC
D/B/A CLUB RIO
164 S. FOSTER STREET
DOTHAN, AL 36301

City of Dothan

Nine hundred eighty eight dollars & 85/100

WACHOVIA
Wachovia Bank, N.A.
wachovia.com

October 2
Derrick Davis
SEPT
~~October~~ Salary

UNTOUCHABLE ENTERTAINMENT, LLC
D/B/A CLUB RIO
164 S. FOSTER STREET
DOTHAN, AL 36301

Derrick Davis

WACHOVIA
Wachovia Bank, N.A.
wachovia.com

⑈0000 1025⑈ ⑆062000080⑆ 20000 190 19

DELUXE BUSINESS FORMS 1+800-328-0304
1026

UNTOUCHABLE ENTERTAINMENT, LLC
D/B/A CLUB RIO
164 S. FOSTER STREET
DOTHAN, AL 36301

Adams Beverage
Three hundred eighty eight dollars &

WACHOVIA
Wachovia Bank, N.A.
wachovia.com

⑈0000 1026⑈ ⑆062000080⑆ 20000 190 19

DELUXE BUSINESS FORMS 1+800-328-0304
1027

UNTOUCHABLE ENTERTAINMENT, LLC
D/B/A CLUB RIO
164 S. FOSTER STREET
DOTHAN, AL 36301

ABC
Two thousand three hundred fifty four dollars

WACHOVIA
Wachovia Bank, N.A.
wachovia.com

