## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CIVIL ACTION NO.: 2:07-cv-687-ID |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| APPROXIMATELY TWELVE | ) |
| THOUSAND ($12,000) DOLLARS IN | ) |
| UNITED STATES CURRENCY | ) |
| | ) |
| Defendant. | ) |

RECEIVED 2008 JAN 25 P 3: 39

### NOTICE OF FILING EVIDENTIARY SUBMISSION

The Defendant files the attached, Defendant's Exhibit D, income tax refund for Mr. Davis, in support of their Motion For Summary Judgment:

Dustin J. Fowler
Buntin, Etheredge, & Dowling, LLC
185 N. Oates Street
Dothan, Alabama 36301

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing Motion has been mailed by U.S. First Class Mail, postage prepaid, and/or hand delivered to the following of record on this the 25th day of January, 2008.

John Harmon
United States Attorney
Middle District of Alabama
131 Clayton Street
Montgomery, Al 36101-0197

                                                                        Dustin Fowler

ITEMIZATION OF AMOUNT FINANCED

| | |
|---|---|
| 1. Amount paid directly to me | $4920.05 |
| 2. Amount paid for my Refund Account Fee to HSBC | $29.95 |
| 3. Amount paid for Tax Prep to E-Z File Tax | $175.00 |
| 4. Amount paid to DRAKE SOFTWARE | $9.00 |
| 5. Amount paid to | 0 |
| 6. Amount paid for E-Filing to E-Z File Tax | $40.00 |
| 7. Amount paid for | 0 |
| 8. Amount paid for | 0 |
| 9. Amount paid previously to me for an Instant RAL | 0 |
| 10. Amount paid for | 0 |
| 11. Amount paid for Card Fee to HSBC | 0 |
| 12. Amount Financed (Items 1 thru 11) | $5174.00 |
| 13. Total Prepaid FINANCE CHARGE | $137.00 |
| - RAL Fee to HSBC | $97.00 |
| - Loan Doc Fee to E-Z File T | $40.00 |
| 14. Total RAL (Items 12+13) | $5311.00 |

| | |
|---|---|
| 1. Amount Financed (the amount of credit provided to me or on my behalf) | $5174.00 |
| 2. FINANCE CHARGE (the dollar amount the credit will cost me) | $137.00 |
| 3. Total of Payments (the amount I will have paid after I have made all payments as scheduled) | $5311.00 |
| 4. ANNUAL PERCENTAGE RATE (the cost of my credit as a yearly rate) | 87.860% |



HSBC TFS Customer Service 1-800-792-3935
Date 01/18/2007     SSN XXX-XX-8484

PLEASE REMOVE THIS STUB AND RETAIN FOR YOUR RECORDS BEFORE DEPOSITING CHECK

CASHIER'S CHECK

HSBC    HSBC BANK USA, N.A.    71524612  71524612   90-4086/1222
MEMBER FDIC
3670    01/18/2007    933779669

VOID

FOUR THOUSAND NINE HUNDRED TWENTY DOLLARS AND 5 CENTS    $4920.05

PAY TO THE ORDER OF
DERRICK DAVIS
2903 ELLINGTON ST
DOTHAN    AL 36301

NOT VALID FOR AMOUNTS GREATER THAN $9,500.00 OR AFTER 60 DAYS FROM DATE OF ISSUANCE OR AFTER JUNE 15, 2007, WHICHEVER IS EARLIER.

HSBC BANK USA, N.A.

CASHIERS PLEASE VERIFY CHECK 1-800-228-0528 — CHECK IS VOID IF COLORED BACKGROUND IS ABSENT — NOT VALID WITHOUT AUTHORIZED FACSIMILE SIGNATURE