IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
|    Plaintiff, | ) |
| v. | )   CASE NO. 2:07-cv-687-MEF |
| | ) |
| APPROXIMATELY TWELVE | ) |
| THOUSAND ($12,000) DOLLARS IN | ) |
| UNITED STATES CURRENCY, | ) |
| | ) |
|    Defendant. | ) |

## **O R D E R**

Upon consideration of the claimant's Motion for Summary Judgment (Doc. #13) filed on January 25, 2008, it is hereby

ORDERED that the motion be submitted without oral argument on February 19, 2008.

It is further ORDERED that the government file a response which shall include a brief and any evidentiary materials on or before February 12, 2008.  The claimant may file a reply brief on or before February 19, 2008.

*The parties are advised that if they electronically file exhibits in support of or in opposition to this motion and those exhibits total more than twenty-five (25) pages, they are required to submit a paper courtesy copy of the exhibits to the Chambers of the undersigned.*

DONE this the 29th day of January, 2008.

                                                    /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE