```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF ALABAMA
                    NORTHERN DIVISION

UNITED STATES OF AMERICA,       )
                                )
            PLAINTIFF,           )
                                )
        v.                      )   CIVIL ACTION NO. 2:07cv687-MEF
                                )
APPROXIMATELY TWELVE THOUSAND   )
($12,000) DOLLARS IN UNITED     )
STATES CURRENCY,                )
                                )
            DEFENDANT.           )
```

UNITED STATES' MOTION TO SUBSTITUTE COUNSEL

Comes now the United States of America, by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and hereby moves the Court to substitute Assistant United States Attorney Tommie Brown Hardwick, as counsel for the United States of America in this matter in place of former Assistant United States Attorney John T. Harmon.

Respectfully submitted this 6th day of February, 2008.

        LEURA G. CANARY
        UNITED STATES ATTORNEY

        /s/Tommie Brown Hardwick
        TOMMIE BROWN HARDWICK
        Assistant United States Attorney
        Bar Number: ASB4152 W86T
        131 Clayton Street
        Montgomery, Alabama 36104
        Phone: (334) 223-7280
        Fax: (334) 223-7135
        E-mail: tommie.hardwick@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that on February 6, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                Respectfully submitted,

                                /s/Tommie Brown Hardwick  
                                TOMMIE BROWN HARDWICK  
                                Assistant United States Attorney