IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07cv687-MEF |
| ) | |
| APPROXIMATELY TWELVE THOUSAND ) | |
| ($12,000) DOLLARS IN UNITED ) | |
| STATES CURRENCY, ) | |
| ) | |
| DEFENDANT. ) | |

MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

Comes now the United States of America (United States), by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and Tommie Brown Hardwick, Assistant United States Attorney, and requests a 30 day extension of time in which to file its reply brief, stating as follows:

1. This court's order of January 29, 2008, requires the United States to file a reply brief to Claimant's motion for summary judgment on or before February 12, 2008.

2. Assistant United States Attorney John T. Harmon retired effective January 31, 2008. The undersigned became lead counsel effective February 1, 2008. Additional time is necessary to research the issues in this case and prepare a response.

3. The undersigned counsel has spoken with Dustin Fowler, Claimant's attorney of record. Mr. Fowler noted his objection to the United States' motion for an extension of time in which to respond to Claimant's motion for summary judgment.

4. The United States requests that the time to file its reply brief be extended up to and including March 13, 2008.

Respectfully submitted this 6th day of February, 2008.

                LEURA G. CANARY
                UNITED STATES ATTORNEY

                /s/Tommie Brown Hardwick
                TOMMIE BROWN HARDWICK
                Assistant United States Attorney
                Bar Number: ASB4152 W86T
                131 Clayton Street
                Montgomery, Alabama 36104
                Phone: (334) 223-7280
                Fax: (334) 223-7135
                E-mail: tommie.hardwick@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Dustin Fowler**.

                Respectfully submitted,

                /s/Tommie Brown Hardwick
                TOMMIE BROWN HARDWICK
                Assistant United States Attorney