```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF ALABAMA
                     NORTHERN DIVISION

UNITED STATES OF AMERICA,     )
                              )
          PLAINTIFF,           )
                              )
     v.                       )   CIVIL ACTION NO. 2:07cv687-MEF
                              )
APPROXIMATELY TWELVE THOUSAND )
($12,000) DOLLARS IN UNITED   )
STATES CURRENCY,              )
                              )
          DEFENDANT.           )
```

MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS

Comes now the United States of America (United States), by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and Tommie Brown Hardwick, Assistant United States Attorney, and requests a 30 day extension of time in which to file its dispositive motion, stating as follows:

1. This court's order of September 28, 2007, requires any dispositive motions to be filed no later than February 8, 2008.

2. Assistant United States Attorney John T. Harmon retired effective January 31, 2008. The undersigned is now lead counsel effective February 1, 2008. Additional time is necessary for counsel to research and prepare its motion.

3. The undersigned counsel has spoken with Dustin Fowler, Claimant's attorney of record. Mr. Fowler noted his objection to the United States' motion for an extension of time in which to file its summary judgment motion.

4. Accordingly, the United States requests that the time to file its motion for summary judgment be extended up to and including March 7, 2008, if the United States deems it appropriate in this case.

Respectfully submitted this 6th day of February, 2008.

>LEURA G. CANARY
>UNITED STATES ATTORNEY


>/s/Tommie Brown Hardwick
>TOMMIE BROWN HARDWICK
>Assistant United States Attorney
>Bar Number: ASB4152 W86T
>131 Clayton Street
>Montgomery, Alabama 36104
>Phone: (334) 223-7280
>Fax: (334) 223-7135
>E-mail: tommie.hardwick@usdoj.gov


CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Dustin Fowler**.

>Respectfully submitted,


>/s/Tommie Brown Hardwick
>TOMMIE BROWN HARDWICK
>Assistant United States Attorney