IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:07-cv-687-MEF |
| | ) |
| APPROXIMATELY TWELVE | ) |
| THOUSAND ($12,000) DOLLARS IN | ) |
| UNITED STATES CURRENCY, | ) |
| | ) |
| Defendant. | ) |

## **O R D E R**

Upon consideration of the government's Motion for Extension of Time to File Reply Brief (Doc. #22) filed on February 6, 2008, it is hereby

ORDERED that the motion is DENIED.

It is further ORDERED that the government's Motion for Extension of Time to File Dispositive Motions (Doc. #23) filed on February 6, 2008 is GRANTED in part and DENIED in part. The government's dispositive motions shall be filed on or before February 19, 2008.

DONE this 7th day of February, 2008.

                                                         /s/ Mark E. Fuller
                                            CHIEF UNITED STATES DISTRICT JUDGE