IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>APPROXIMATELY TWELVE )<br>THOUSAND ($12,000) DOLLARS IN )<br>UNITED STATES CURRENCY )<br>)<br>Defendant. ) | CIVIL ACTION NO.: 2:07-cv-687-MEF |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW the attorney for the Claimant/Defendant, in the above styled action and for compliance with the Court's order requiring conflict disclosure would state that the undersigned is unaware of any entity, including parent companies, subsidiaries, partners, limited liability entity members and managers, trustees, affiliates, or similar entities that could potentially pose a financial or professional conflict for the Judge presiding over this action or for any other Judge.

/s Dustin J. Fowler
Dustin Fowler (FOW017)
Attorney For Claimant/ Defendant
P.O. Box 1193
Dothan, Al 36302
334-793-3377

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

       Respectfully submitted,


       s/ Dustin J. Fowler