**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF
ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CIVIL ACTION NO.: 2:07-cv-687-MEF** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **APPROXIMATELY TWELVE** | ) | |
| **THOUSAND ($12,000) DOLLARS IN** | ) | |
| **UNITED STATES CURRENCY** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF FILING EVIDENTIARY SUBMISSION

The Defendant files the attached, Defendant's Exhibit A, Deposition Excerpts, in support

of their Reply To Plaintiff's Brief In Opposition To Defendant's Motion For Summary

Judgment:

/s Dustin J. Fowler
Dustin J. Fowler (FOW017)
Buntin, Etheredge, & Dowling, LLC
185 N. Oates Street
Dothan, Alabama 36301

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2008, electronically filed the foregoing with the Clerk Of Court using the CM/ECF system which will send notification of such filing to the following:

Tommie Hardwick
Assistant United States Attorney
Middle District of Alabama
131 Clayton Street
Montgomery, Al 36101-0197

/s Dustin J. Fowler
Dustin Fowler

1          IN THE UNITED STATES DISTRICT COURT

2          FOR THE MIDDLE DISTRICT OF ALABAMA

3                    NORTHERN DIVISION

4

5     CIVIL ACTION NUMBER

6     2:07CV687-MEF

7

8     UNITED STATES OF AMERICA,

9          Plaintiff,

10    vs.

11    APPROXIMATELY TWELVE THOUSAND
      DOLLARS ($12,000) IN UNITED
12    STATES CURRENCY,

13         Defendant.

14    _____

15

16              DEPOSITION OF DERRICK DAVIS

17             Date:  November 1, 2007

18              Time: 2 p.m.

19

20

21

22    COURT REPORTER:

23    APRIL R. BENDINGER, CSR

```
 1                    A P P E A R A N C E S

 2

 3    FOR THE DEFENDANT:

 4              Mr. Dustin Fowler

 5              BUNTIN, ETHEREDGE & DOWLING

 6              185 North Oates Street

 7              Dothan, Alabama 36303

 8

 9              Mr. Trant Bullard

10              BULLARD & BULLARD

11              224 West Main Street

12              Dothan, Alabama 36303

13

14

15    FOR THE UNITED STATES:

16              Mr. John Harmon

17              ASSISTANT UNITED STATES ATTORNEY

18              131 Clayton Street

19              Montgomery, Alabama 36101

20

21

22

23
```

1                    EXAMINATION INDEX

2    DERRICK DAVIS

3         BY MR. HARMON . . . . . . . . . .    6

4         BY MR. FOWLER . . . . . . . . .    46

5         BY MR. HARMON . . . . . . . . . .    49

6

7

                            EXHIBIT INDEX
8

9    Defendant's                                    MAR

10        1    Loan Agreement                        47

11        2    Check                                 47

12        3    Check                                 48

13        4    Check                                 48

14        5    HSBC Check                            49

15

16

17

18

19

20

21

22

23

```
 1              S T I P U L A T I O N

 2              IT IS STIPULATED AND AGREED by and

 3    between the parties through their respective

 4    counsel that the deposition of DERRICK DAVIS may

 5    be taken before April R. Bendinger, Notary

 6    Public, State at Large, at the United States

 7    Federal Courthouse in Dothan, Alabama on

 8    November 1, 2007, commencing at approximately

 9    2 p.m.

10              IT IS FURTHER STIPULATED AND

11    AGREED that the signature to and the reading of

12    the deposition by the witness is waived, the

13    deposition to have the same force and effect as

14    if full compliance had been had with all laws

15    and rules of Court relating to the taking of

16    depositions.

17              IT IS FURTHER STIPULATED AND

18    AGREED that it shall not be necessary for any

19    objections to be made by counsel to any

20    questions, except as to form or leading

21    questions and that counsel for the parties may

22    make objections and assign grounds at the time

23    of trial or at the time said depositions is
```

1    offered in evidence, or prior thereto.

2            I, April R. Bendinger, a Court

3    Reporter of Dothan, Alabama, and a Notary Public

4    for the State of Alabama at Large, acting as

5    Commissioner, certify that on this date,

6    pursuant to the Federal Rules of Civil

7    Procedure, and the foregoing stipulation of

8    counsel, there came before me at the United

9    States Federal Courthouse in Dothan, Alabama,

10   commencing at approximately 2 p.m. on November

11   1, 2007, DERRICK DAVIS in the above cause, for

12   oral examination, whereupon the following

13   proceedings were had:

14

15

16

17

18

19

20

21

22

23

```
 1                    DERRICK DAVIS,

 2    being first duly sworn, was examined and

 3    testified as follows:

 4                    EXAMINATION

 5    BY MR. HARMON:

 6         Q.    Would you state your full name,

 7    please, sir.

 8         A.    Derrick Wesley Davis.

 9         Q.    And, Mr. Davis, I am John Harmon,

10    I introduced myself earlier.  I am the assistant

11    district attorney handling this case.  You are

12    the same Derrick Davis who filed a claim in the

13    United States vs. $12,204.00 in United States

14    currency?

15         A.    Uh-huh, (affirmative).

16                MR. BULLARD:  You might want to

17    answer yes or no.  Uh-huh and uh-uh is hard for

18    her to take down.

19         Q.    What is your current address,

20    Mr. Davis?

21         A.    2903 Ellington Street.

22         Q.    In Dothan?

23         A.    Uh-huh, (affirmative).
```

1    permit at that time for the weapon?

2         A.       Yeah.  I just didn't have it with

3    me.

4         Q.       What county issued the permit?

5         A.       Houston.

6         Q.       Had you rented a room there at the

7    Holiday Inn?

8         A.       No, sir.

9         Q.       Did your friend?  I think you said

10   his name is James.

11        A.       James Simpson.

12        Q.       Had he rented a room there?

13        A.       No, sir, not that I know of.

14        Q.       Did you know anyone that had a

15   room there that night?

16        A.       No, sir.

17        Q.       Did you go up to a room at all

18   during the period of time when you went to the

19   Holiday Inn Express?

20        A.       No, sir.

21        Q.       Were you approached by the police

22   that night?

23        A.       Yes, sir.

1       A.    Same.  I seen him out before.

2 Went to school together, kind of around the same

3 age.

4       Q.    Did you see Mr. Johnson there that

5 night?

6       A.    No, sir.

7       Q.    Were you aware they had rented

8 rooms there at the Holiday Inn Express that

9 night?

10       A.    No, sir.

11       Q.    Now, the -- I believe you were

12 present when your attorneys discussed earlier

13 there was some document that you submitted as

14 supporting your claim.  Also, I see in there,

15 there was -- you indicated there was a loan from

16 First Franklin in the amount of $2,306.97.  When

17 did you borrow this money?  What date?

18       A.    11/27/06.

19       Q.    For what purpose did you get this

20 loan, Mr. Davis?

21       A.    Just to like pay off some bills,

22 you know what I'm saying, small bills and stuff.

23       Q.    And did First Franklin advance

1     this money to you by check?

2          A.     Yeah, they did.

3          Q.     What did you do with that check?

4          A.     Cashed it.

5          Q.     Where did you cash it?

6          A.     I want to say I went to their

7     bank, SouthTrust, I think.  Wherever their bank

8     is at.

9          Q.     Why did you cash the check,

10    Mr. Davis?

11         A.     I needed the money.

12         Q.     I guess -- I understand.

13         A.     I guess I cashed it, because it

14    was a check.

15              MR. FOWLER:  Can we clarify that.

16    Why else you would have a check.

17         Q.     At the time that you got this

18    check, the Club Rio bank account wasn't in

19    existence, correct?

20         A.     It was.

21         Q.     Any reason you would have cashed

22    it rather than deposit it into the Club Rio

23    account?

1     much.

2           Q.     I think you obtained an amount of

3     $3,306.97.  Do have any idea how much of that

4     was spent as of January 18, 2007?

5           A.     No, I couldn't tell you.

6           Q.     The other -- one of the other

7     things you submitted is a check from HSBC?

8                 MR. FOWLER:  That is the tax

9     check.

10          Q.     Tax check, right.  Which I took

11    that to mean that was an income tax refund

12    anticipation loan?

13          A.     That was a check.

14          Q.     I understand that.  Did you go

15    somewhere and get a loan based on your expected

16    income taxes?

17                MR. FOWLER:  Can I clarify this?

18    IRS check, you wanted your money quick, right

19    then, you went to them, and they gave you a

20    check for doing it fast and handed it to you.

21          A.     Right.

22          Q.     In other words, this was a loan

23    which was guaranteed by your income tax refund?

```
1        A.      Yes, yes.  Yes.

2        Q.      That was HSBC?

3        A.      Uh-huh.

4        Q.      Do you recall how much income tax

5   you were getting back?

6        A.      Do I recall?

7        Q.      Yes.  What your income tax for

8   that period showed as your potential refund?

9        A.      Around 4 or $5,000.

10        Q.      And you got this check on the day

11   of the arrest?

12        A.      Exact same day.

13        Q.      Let me ask you this.  It's obvious

14   from the document, HSBC advanced you a check; is

15   that correct?

16        A.      Right.

17        Q.      Did you cash that check?

18        A.      I did.

19        Q.      Where did you cash the check?

20        A.      At Chandlers.

21        Q.      Chandlers?

22        A.      It's like a -- kind of like a

23   food-mart, like Chandlers.
```

1          Q.     Like a grocery store?

2          A.     They cash checks.  They cash

3     checks and stuff.

4          Q.     They're in the business of cashing

5     checks?

6          A.     Right, they're in the business of

7     it.

8          Q.     How much did they charge you for

9     cashing that check?

10          A.     Maybe a hundred bucks.

11          Q.     Did you attempt to cash the check

12     at Wachovia where you had the bank account?

13          A.     No.

14          Q.     Any reason why you did not attempt

15     to cash it there as opposed to going to a check

16     cashing service?

17          A.     No, no particular reason.

18          Q.     Had you had a chance to spend any

19     of that money before it was seized on that

20     occasion?

21          A.     No, sir.

22          Q.     Other items that were advanced?

23     There was a check from a business venture, one

1    was dated September 4, 2006 in the amount of

2    $1,000.  What business was that advanced that

3    amount of money to you?

4          A.    Club Rio.

5          Q.    Did you essentially write a check

6    to yourself from the Club Rio account?

7          A.    No.  The way it worked, my sister

8    would pay me.  She would write my check.

9          Q.    And she is the one that wrote the

10    check for $1,000?

11          A.    Right.

12          Q.    What did you do with that check,

13    cash it or deposit it?

14          A.    I cashed it.

15          Q.    Where did you cash it?

16          A.    At Wachovia.

17          Q.    Would it be your testimony that

18    you kept the $1000 with you from September 4,

19    2006 until January 18, 2007?

20          A.    I mean, I may have kept some of

21    it.  I don't know.

22          Q.    Do you believe, as you recall, did

23    you spend any of that $1,000 during that period

1    from September 4, 2006 to January 18, 2007?

2        A.    Yeah, I may have spent a little

3    bit.

4        Q.    There's also a check, and I think

5    it's dated October 2, 2006.  And I believe,

6    based upon representations that your attorney

7    made to me earlier, and you have a different

8    recollection, you certainly state that, although

9    the amount of the check is not written out, you

10    told your attorney it's for $1,000.  Do you

11    recall that check?

12        A.    The one that doesn't have the

13    amount written on there?

14        Q.    Yes, that's correct.

15        A.    Yes, I recall that.

16        Q.    Was it exactly for $1,000?

17        A.    Uh-huh, (affirmative).

18        Q.    October 2, 2006, is the correct

19    date when you got that check?

20        A.    Right.

21        Q.    Who wrote that check to you?

22        A.    My sister.

23        Q.    Did you, in turn, on that $1000,

1    what did you do with it?  Did you deposit the

2    check or cash the check?

3         A.     I cashed it.

4         Q.     Did you keep the $1000 with you

5    from October 2006 to January 2007?

6         A.     Yeah.  I started saving money.  I

7    wanted to buy a car, so I started saving money.

8         Q.     You say you were saving?  Where do

9    you keep the money while it was in your

10   possession?

11        A.     I would keep it on my person, like

12   with me.

13        Q.     At all times?

14        A.     Yeah.

15        Q.     Now, the last one I see, and again

16   this was a Club Rio check?

17        A.     Right.

18        Q.     Last one I see is November 21,

19   2006 check in the amount of $3,000?

20        A.     Yes.

21        Q.     Is that a Club Rio check?

22        A.     It was.

23        Q.     Was it written by your sister?

1      A.     Right.

2      Q.     What did you do with that check?

3  Cash it or deposit it?

4      A.     I cashed it.

5      Q.     Did you keep that money with you

6  until January, 2007?

7      A.     Uh-huh, (affirmative).

8      Q.     All three of these checks were

9  issued to you for what cause?  What did you do

10  to obtain them?

11      A.     I worked.  I was part owner of the

12  business.

13      Q.     Was this, for example, money paid

14  to you for your efforts in the furtherance of

15  the business?

16      A.     Right.

17      Q.     Now, the amount of money that was

18  seized was, I believe, $12,204?

19      MR. FOWLER:  One of those somebody

20  said 14, the Department of Justice.

21      MR. BULLARD:  They had those

22  wrong.  They finally came back and said -- can

23  we go off the record?

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF
ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CIVIL ACTION NO.: 2:07-cv-687-MEF |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| APPROXIMATELY TWELVE | ) | |
| THOUSAND ($12,000) DOLLARS IN | ) | |
| UNITED STATES CURRENCY | ) | |
| | ) | |
|     Defendant. | ) | |

## NOTICE OF FILING EVIDENTIARY SUBMISSION

The Defendant files the attached, Defendant's Exhibit B, the Case Action Summary, in

support of their Reply To Plaintiff's Brief In Opposition To Defendant's Motion For Summary

Judgment:

/s Dustin J. Fowler
Dustin J. Fowler (FOW017)
Buntin, Etheredge, & Dowling, LLC
185 N. Oates Street
Dothan, Alabama 36301

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 19, 2008, electronically filed the foregoing with the Clerk Of Court using the CM/ECF system which will send notification of such filing to the following:

Tommie Hardwick
Assistant United States Attorney
Middle District of Alabama
131 Clayton Street
Montgomery, Al 36101-0197

/s Dustin J. Fowler
Dustin Fowler

In the city of Dothan municipal court, Dothan, Alabama

**CITY OF DOTHAN V.**

Derrick Davis    MC 12-07-186    City of Dothan Municipal Court

Certified as a true and correct copy

Confidential [ ] Yes [ ] No    YO Number _____

NAME OF ATTORNEY FOR DEFENDANT AT TIME OF TRIAL OR PLEA:

ATTORNEY _____ ENTERED APPEARANCE Name and Title Melanie Walsh Magistrate

PUBLIC DEFENDER _____ APPOINTED (DATE) _____  Date 2-15-08

Defendant waived counsel knowingly, intelligently, freely and voluntarily (date) _____ Judge: _____

Youthful offender status  [ ] GRANTED    [ ] DENIED    (date) _____ Judge: _____

**PLEA:**    [ ] GUILTY    [ ] NOT GUILTY    [ ] STIPULATIONS OF FACTS

**VERDICT:**    [ ] GUILTY    [ ] NOT GUILTY

To the charge of _Poss. of Marijuana_

Upon recommendation from City Prosecutor: Prosecutor _____

**JUDGEMENT**: The defendant appear in open court and knowingly, intelligently and voluntarily entered the above plea; on the above verdict it is **ORDERED** that he/she [ ] pay a fine of $ _____ and court costs **AND/OR** [ ] be imprisoned for a term of _____ days/year in the custody of the Dothan City Jail. [ ] With the defendant's consent, execution of sentence is suspended and he/she is placed on unsupervised probation for _____ year(s) **OR** [ ] all but _____ day(s)* of the sentence is/are suspended and he/she is placed on probation for _____ year (s), subject to the following conditions.

| | |
|---|---|
| Fine | $ _____ |
| Court Cost | $ _____ |
| Attorney Fees | $ _____ |
| Restitution | $ _____ |
| Head Injury Fee | $ _____ |
| Housing Fee | $ _____ |
| Medical Fee | $ _____ |
| Other | $ _____ |
| Other | $ _____ |
| Other | $ _____ |
| Total | $ _____ |

[ ]1. Defendant conduct himself in a lawful and proper manner.

[ ]2. Pay to the Clerk of the Municipal Court the fine, costs of court, and any additional sums.

[ ]3. Pay restitution in the amount of $ _____ to _____

[ ]4. Complete Court Referral Program and present certificate of completion by _____ 9 AM, as mandated by the Mandatory Treatment Act of 1990 (12-23-1 Code of Alabama, 1975).

[ ]5. Complete _____ Community Service and present proof of completion by _____ 9 A.M.

[ ]6. Pay sums above by _____ 9AM or appear before this Court on this date.

[ ]7. Not to be found in or on the premises of _____ located at _____

[ ]8. Not assault, communicate with or be in the presence of _____

[ ]9. The sentence is to run concurrent with sentence in case number _____

[ ]10. Probation to end: _____

[ ]11. Complete Defensive Driving School and present certificate on _____ at 9 A.M.

[ ]12. Restitution Hearing set on _____ at 9 A.M.

[ ]13. Pay Housing, Maintenance, and Medical cost associated with the defendant's incarceration in the Dothan Jail as required in 14-6-22 CODE OF ALABAMA, 1975 ( _____ days* at $20/day + $ _____ Medical costs

[ ]14. Pursuant to 14-6-22 Code of Alabama, 1975 Housing and Maintenance costs Remitted-[ ]ALL or [ ] $ _____ .

[ ]15. Other _____

Other: This case is [ ] Nol Pros or [ ] Dismissed REASON _City Unable..._

Date of Disposition _01-29-08_    Signature of Municipal Judge _____    Appeal Bond Set at $ _____

Case Appealed [ ]Date _____    Bonded by _____