IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:07-cv-687-MEF |
| | ) |
| APPROXIMATELY TWELVE | ) |
| THOUSAND ($12,000) DOLLARS IN | ) |
| UNITED STATES CURRENCY, | ) |
| | ) |
| Defendant. | ) |

## **O R D E R**

Upon consideration of the government's Motion for Summary Judgment (Doc. #31) filed on February 19, 2008, it is hereby

ORDERED that the motion be submitted without oral argument on March 12, 2008.

It is further ORDERED that the claimant file a response which shall include a brief and any evidentiary materials on or before March 5, 2008. The government may file a reply brief on or before March 12, 2008.

DONE this the 20th day of February, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE