IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v.  ) | CASE NO. 2:07-cv-687-MEF |
| ) | |
| APPROXIMATELY TWELVE ) | |
| THOUSAND ($12,000) DOLLARS IN ) | |
| UNITED STATES CURRENCY, ) | |
| ) | |
| Defendant. ) | |

# **ORDER**

Upon consideration of the claimant's Motion for Leave to File a Dispositive Motion (Doc. #34) filed on February 27, 2008, it is hereby

ORDERED that the government show cause in writing on or before March 10, 2008 as to why this motion should not be granted.

DONE this the 3rd day of March, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE