```
        IN THE UNITED STATES DISTRICT COURT
        FOR THE MIDDLE DISTRICT OF ALABAMA
                  NORTHERN DIVISION

UNITED STATES OF AMERICA,      )
                               )
    Plaintiff,                 )
                               )
        v.                     )   CASE NO. 2:07cv687-MEF
                               )
APPROXIMATELY TWELVE THOUSAND  )
($12,000) DOLLARS IN UNITED    )
STATES CURRENCY,               )
                               )
    Defendant.                 )
```

**NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION**

The United States of America, by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and Tommie Brown Hardwick, Assistant United States Attorney, state as follows:

The parties have conferred regarding settlement. Settlement was not achieved at this time. Pending motions will have a great effect upon the case. Upon resolution of these motions, the parties will continue to negotiate. Mediation would not assist the parties in reaching settlement.

Respectfully submitted this 3rd day of March, 2008.

        LEURA G. CANARY
        UNITED STATES ATTORNEY

        **/s/Tommie Brown Hardwick**
        TOMMIE BROWN HARDWICK
        Assistant United States Attorney
        Bar Number: ASB4152 W86T
        131 Clayton Street
        Montgomery, Alabama 36104
        Phone: (334) 223-7280
        Fax: (334) 223-7135

**CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to: Dustin J. Fowler.

Respectfully submitted,

**/s/Tommie Brown Hardwick**
TOMMIE BROWN HARDWICK
Assistant United States Attorney