IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:07-cv-687-MEF |
| | ) |
| APPROXIMATELY TWELVE THOUSAND ($12,000) DOLLARS IN UNITED STATES CURRENCY, | ) ) ) |
| | ) |
| Defendant. | ) |

## **O R D E R**

Upon consideration of the claimant's Motion for Leave to File a Dispositive Motion (Doc. #34) filed on February 27, 2008, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 10th day of March, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE